UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

HERMAN G. MIRANDA, III,

           **Plaintiff,**

-vs-                                     Case No.  6:06-cv-1902-Orl-28KRS

PALMS HOTELS & VILLAS, LLC,  M & M
ENTERPRISES, INC.,

           **Defendants.**

## ORDER

This case is before the Court on Plaintiff's Motion for Entry of Final Default Judgment Against Defendants The Palms Hotel & Villas, LLC and M&M Enterprises, Inc. (Doc. No. 18) filed April 27, 2007.  The United States Magistrate Judge has submitted a report recommending that the motion be granted in part and denied in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.  Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed October 12, 2007 (Doc. No. 20) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    Plaintiff's Motion for Entry of Final Default Judgment Against Defendants The Palms Hotel & Villas, LLC and M&M Enterprises, Inc. is **GRANTED in part** and **DENIED in part.**

3.  Default judgment is hereby entered against The Palms Hotel & Villas, LLC and M&M Enterprises, Inc. on Herman G. Miranda's FLSA minimum wage and overtime compensation claims. The Defendants, The Palms Hotel & Villas, LLC and M&M Enterprises, Inc. are ordered, jointly and severally, to pay Herman G. Miranda damages in the amount of $14,300.00 (including liquidated damages), $1,238.50 in attorney's fees, and $401.75 in costs.

4.  The Clerk is directed to issue a judgment consistent with this Order and thereafter to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 31 day of October, 2007.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party